Cody Ray Meyers SHU 23
Polk County Jail
1985 NE 51st Pl
Des Moines, IA 50313

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF IOWA

| | |
|---|---|
| Cody Ray Meyers | CASE: _____ |
| vs  Petitioner | Petition For Writ of |
| Kevin Schnieder | Habeas Corpus |
| Respondent | |

Cody Ray Meyers, also known as Cody Ray Leveke has been kidnapped and unlawfully held in violation of his rights protected by the First, Second, Fourth, Fifth, and Sixth, and Eigth Amendments to the U.S. Constitution, by an oppressive military force. Meyers petitions this Court to issue a Writ of Habeas Corpus and order his release from confinement by Kevin Schnieder.

Meyers was kidnapped on Or About October 21, 2019 at gun point, in Los Angeles California. On December 2, 3, 26, 2019, and January 30, 2020 Meyers was brought in front of the United States District Court for pre-trial hearings on charges of violating 18 U.S.C. §875(c) - interstate transmission of a threat. Meyers has been held for nearly 9 months, has pled not guilty to the charges, and has demanded a speedy trial. Three trials have been scheduled on January 21st, March 30, and July 6th 2020. All of these trials have been canceled. Meyers is due review of his detention.

## 1. Basis For Review

The Criminal Justice System is being obstructed, by this oppressive military force. Martial Rule exists in the Southern District of Iowa. (See: Ex Parte Milligan United States Supreme Court 1866) "Martial Rule can be properly applied If... the Courts are actually closed and its impossible to administer Criminal Justice". The district Court has issue orders suspending all criminal and civil jury trials from March 16 – August 10, 2020. Further, The Plantiff in the criminal charges against Meyers, has denied him review of the charges by the Court by insisting on a Jury trial. "There is a necessity to furnish a substitute for the civil authority... to preserve the safety of [Meyers],... and society" (See: Ex Parte Milligan). Meyers cannot challenge his incarceration through the criminal case, and this Court must hear this Habeus Corpus petition.

## 2. First Amendment

Meyers is accused of issuing a threat to State Senator Herman Quirmbach. Meyer claims that his statments were "political hyperbole" (See: Watts vs. United States 394 U.S. 705).

Meyers demanded to be heard by the Grand Jury investigating the charges, but was denied (See: US v Leveke 4:20-CR-00011 ECF #44, 36)

The indictment issued in this case only contains two sentences from the emails sent to Quirmbach. "I'm angry enough to pull a mass shooting down at the Statehouse", and "The Second Amendment exists so we can kill politicians when

01 they don't act in accordance to law" (See: ECF #40).
02 Neither of these sentences is an expression of intent
03 to harm anyone (See: Virginia v Black 538 U.S. 343 at
04 359 "serious expression of intent to commit unlawful
05 violence").
06 Omitted from the Grand Jury indictment are sentences that
07 that further distance the emails from "True Threats". "Those who
08 conspired to violate my civil rights and the rights of others should
09 live...". "Those who seek to violate the Constitution..."
10 referencing the oath taken by members of the Iowa
11 Legislature to uphold the constitution (See: U.S. Const. Art.
12 VI Sec. III). "I have done the peacefull thing and fled
13 as I'm outgunned" (See: ECF 30-1, 30-2, 30-3)
14 The emails advocate use of force which is not illegal
15 "the continuing disobedience to the constitution by the
16 legislature deserves a violent response" (See: Branden-
17 burg v Ohio SCOTUS 1969)
18 Meyers has been "sound bitten", and the Grand
19 Jury was denied his testimony. His detention is in
20 violation of his First Amendment right, and he must be
21 let go.
22          3. Second Amendment
23 A rebellion is engaged in by those in power in Iowa
24 to the United States Constitutions privileges and immunity
25 clause. (See: ECF #140). Members of the Iowa
26 Legislature, and the Polk County Attorney are denying
27 Citizens access to courts though enforcement of
28 Iowa Code § 692A.128(3), despite that law being
29 deemed unconstitutional by the Polk County District

01 Court (See: ECF #132-5 Gov't Ex. 4 page 6 of 10).
02 Further, the Constitutions protection of a Jury
03 Trial, or any Trial for that matter has been interrupted
04 Meyers is not expressing any intention to harm any
05 member of this oppressive military forces, however
06 it might become necessary to oppose [this] oppressive
07 military force [due to] the breakdown of Constitutional
08 Order the suspension of the criminal Justice system
09 has caused. (See: D.C. v Heller 554 U.S. 570 at
10 599). Meyers is due review of his detention.
11         4. Fourth Amendment
12 Meyers Fourth Amendment right to be free from the
13 unreasonable search and seizure has been violated
14 This oppressive military force has seized over a decades
15 worth of emails from Meyers personal account, under
16 the guise of needing to establish the facts of the
17 crime. (See ECF #132)
18 I had already admitted to police that I sent the
19 emails, the police knew the email address orleveke
20 @gmail.com was mine because I register it with the
21 sex offender registry. Further, information obtained from
22 the account could not prove the Author of the emails.
23 The seizure of the email data was illegal in violation of Fourth
24 Amendment rights
25         5. Fifth Amendment
26 Meyers Fifth Amendment right to due process of law
27 is being violated. Meyers has been afforded no Trial
28 at all, he is simply being held. Meyers has filed
29 a motion pursuant to 18 U.S.C. §3145(b) to revoke

01 the detention order (See: ECF #18), under law this
02 motion "shall be determined promptly", but has been ignored.
03 The indictment issued against Meyers is multiplicitous
04 as it uses vague language of "On or About September
05 3rd 2019" to identify the date of both offenses charged
06 this will allow the finder of fact to convict on both counts
07 of the indictment for a single email as both sentences
08 in the indictment can be found in the Second Email
09 (See: ECF #30-2), violating Meyers right to be free
10 from Double Jeopardy.
11            6. Sixth Amendment
12 Meyers Sixth Amendment right to a Speedy Trial has
13 been violated. "...a total of nine months [have passed since
14 Meyers arrest] which may be wholly unreasonable". (See:
15 Barker v Wingo 407 U.S. 514 at 528). Further, Meyers
16 has demanded a Speedy Trial (See: ECF #108)
17 Meyers has Authorized a bench trial, however the Govern-
18 ment has resisted a will not concent to a bench trial
19 (See ECF #93). Further, Meyers is housed in Solitary
20 Confinement, has been assaulted after being identified
21 by Jail as a Sex Offender being housed on Unit North-
22 2. Meyers experiences significant anxiety and this
23 seemingly endless pretrial incarceration does not seem to
24 be ending anytime soon
25 Additionally, The Southern District of Iowa is not
26 the proper Jurisdiction for this offense, as all elements
27 of the crime occurred outside the State of Iowa
28 (See: ECF #83, UNITED STATES v. KAMMERSELL 7 F.Supp.2d 1196
29 "The Actus Reos of the offense is the transmission of the threat in

interstate commerce. The threat need not be recieved by the intended recipient", United States v. MacEwan 445 F.3d 237 "we conclude that because of the very interstate nature of the internet once a user submits a connection request to a website the data has traveld in interstate commerce." 8th Cir. Model Jury instructions 6.18.875c(2018) "the crime is complete when the defendant <u>sends</u> the threat... to inure in interstate commerce). Because of these reasons violations of VI amendment right have occured, and Meyers must be released.

### 7. Eight Amendment

Meyers is detained in the SHU of the Polk County Jail Secure Housing Unit. Many mentally ill inmates are held here and engage in near constant harrassment of others. The mentally ill pound doors, shout and make all manner of noise, smear feces. This interfers with Meyers sleep and often he is not able to sleep at all. Cruel and unusual punishment including the torture Meyers is subjected to is prohibited by the Constitution.

Wherefore, for the Rampant civil rights abuses outline in this Petition Meyers prays this Court will order his release, and end these criminal charges against him. There is no way for Meyers to get review because the criminal Justice system is obstructed. I certify the preceeding is true and correct to the best of my knowlege and ability. Respectfully Submitted this 7th Day of July 2020
By: [signature] CODY RAY MEYERS

Leucke, Cody   Shu23
**Polk County Jail**
**1985 NE 51st Place**
**Des Moines, IA 50313-2517**

Hasler

US POSTAGE $000.55⁰



ZIP 50309
011E12651300

X-RAYED & CLEARED BY U.S.M.S.

RECEIVED

JUL 10 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Clerk of Court
123 E Walnut Street
Des Moines, IA  50309

50309$2040 C082